# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

TERRY LYNN WEBSTER                           CIVIL ACTION NO. 05-1698

VERSUS                                       JUDGE ROBERT G. JAMES

RICHARD L. STALDER, ET AL.                   MAG. JUDGE KAREN L. HAYES

## JUDGMENT

For the reasons set forth in the Magistrate Judge's Report and Recommendation, which the Court finds are correct under the applicable law, as clarified by this Court's Ruling, and noting the absence of objections in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights complaint be DISMISSED WITH PREJUDICE for failing to state a claim upon which relief may be granted and as frivolous, all in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) and (2).

IT IS FURTHER ORDERED that Plaintiff's Motion for an Injunction seeking a transfer to another prison [Doc. No. 10] is DENIED.

MONROE, LOUISIANA, this 25th day of May, 2006.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE